Joseph J. Joyce (Bar No. 4857)
Bryan J. Stoddard (Bar No. 13590)
**J. JOYCE & ASSOCIATES**
Attorneys for Defendant Progressive Speciality Ins. Co.
10813 South River Front Parkway, Suite 230
South Jordan, Utah 84095
Telephone: (801) 302-2255
Facsimile: (801) 302-2266
jjj@jjoycelawfirm.com
bjs@jjoycelawfirm.com

# IN THE UNITED STATES DISTRICT COURT

## CENTRAL DIVISION, STATE OF UTAH

| | |
|---|---|
| MICHELE THOMASON,<br><br>Plaintiff,<br><br>vs.<br><br>PROGRESSIVE SPECIALITY INSURANCE COMPANY,<br><br>Defendant. | **NOTICE OF REMOVAL**<br><br>State Court Civil No. 180500085<br><br>Federal Court Case No.:<br><br>Judge<br>Magistrate |

    Defendant Progressive Specialty Insurance Company, through counsel of record, hereby submits this Notice of Removal of the above-entitled action from the Third Judicial District Court of Summit County, State of Utah, to the United States District Court for the District of Utah, Central Division. By this petition, defendants give notice of the removal of the action. This notice of, and petition for, removal is made pursuant to 28 U.S.C. section 1441 et seq. and is proper and appropriate based upon the following:

01183.0001

-2-

1. On or about February 26, 2018, Defendant, Progressive Specialty Insurance Agency, Inc., through C.T. Corporation System, was served with a summons and complaint in an action captioned Michele Thomason vs. Progressive Specialty Insurance Agency, Inc., Civil No. 180500085. A copy of the Summons and Complaint is attached hereto as Exhibit A.

2. Plaintiff incorrectly named the defendant. There is no entity known as Progressive Specialty Insurance Agency. The correct name of the defendant is Progressive Specialty Insurance Company.

3. The Complaint names defendant as alleges that the plaintiff is a resident of the state of Utah. Defendant Progressive Specialty Insurance Company is a foreign corporation doing business in the State of Utah.

3. Removal of this action is proper under 28 U.S.C. section 1441(b) because the plaintiff is a citizen of Utah while defendant is not a citizen of Utah and the plaintiff has asserted claims for damages in excess of $300,000, exclusive of interest and costs.

5. This Notice of Removal has been filed within thrifty (30) days afer service fo the Summons and Complaint as required by 28 U.S.C. section 1446(b).

DATED this 8th day of March, 2018.

                                                      **J. JOYCE & ASSOCIATES**

                                                        By */s/ Joseph J. Joyce*
                                                          Joseph J. Joyce
                                                          Attorneys for Defendant

-3-

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 8th day of March, 2018, a true and correct copy of the foregoing NOTICE OF REMOVAL was filed and served vial electronic notification and by mail, postage fully prepaid, upon the following:

>Eric C. Olson
>Eisenberg, Gilchrist & Cutt
>215 South State Street, Suite 900
>Salt Lake City, UT  84111

/s/ Mindie Michelson